IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JON C. GINDER,<br>NORTHAMERICAN ENERGY GROUP, INC.,<br>AND NORTHAMERICAN ENERGY<br>GROUP, CORP.<br><br>Defendants. | CIVIL ACTION NO.<br>4:10-cv-02867 |

**ORDER GRANTING RECEIVER'S MOTION FOR APPROVAL OF
FINAL ACCOUNTING, AUTHORIZATION TO PAY INTERNAL REVENUE SERVICE
AND RECEIVERSHIP EXPENSES, REQUEST TO MAKE
FINAL DISTRIBUTION TO APPROVED CLAIMANTS, AND AUTHORIZATION TO
ACCOMPLISH ALL MATTERS NECESSARY TO CLOSE THE RECEIVERSHIP**

On this date the Court considered the Receiver's Motion for Approval of Final Accounting, Authorization to Pay Internal Revenue Service and Receivership Expenses, Request to Make Distribution to Approved Claimants, and Authorization to Accomplish all Matters Necessary to Close the Receivership (the Motion). After considering the pleadings on file it appears the matters requested are just and reasonable, and that all necessary and appropriate matters have been resolved through the administration of this Receivership. Accordingly, the Court believes the Motion should be and hereby is GRANTED.

IT IS ORDERED that the Receiver's Final Accounting, attached to the Motion as Exhibit B, is approved;

IT IS FURTHER ORDERED that the Receiver is authorized to abandon his interest in the stock in Labwire, Inc.;

IT IS FURTHER ORDERED that the Receiver's payment of fees and expenses for the five month period of August 26, 2011 through January 25, 2012, as summarized on <u>Exhibit C</u> to the Motion, is hereby APPROVED;

IT IS FURTHER ORDERED that the Receiver is authorized to pay the following administrative fees and expenses:

| | |
|---|---|
| Receiver Kelly Crawford: | Fees for February, 2012 of $5,985 |
| | Fees/Expenses to Close Receivership of $2,000 |
| Scheef & Stone, L.L.P.: | Fees for February, 2012 of $824.62 |
| | Fees/Expenses to Close Receivership of $2,125 |
| Warfield & Company CPA's: | Fees/Expenses to Close Receivership of $10,580 |
| Mike Harrell, Esq. | Fees in 2011 of $2,850 |

IT IS FURTHER ORDERED that the Receiver is authorized to pay the Internal Revenue Service as the full payment owing on its claim the sum of $11,384.85.

IT IS FURTHER ORDERED that the Receiver is authorized to make those *pro rata* distributions to Approved Claimants as listed in <u>Exhibit G</u> to the Motion;

IT IS FURTHER ORDERED that the Receiver is authorized to close the receivership bank accounts after distributing the approved amounts to the Approved Claimants and after paying all approved fees and expenses.

IT IS FURTHER ORDERED that the Receiver is authorized to file with the Internal Revenue Service or any governmental agency any tax returns or compliance documents that may be requested.

IT IS FURTHER ORDERED that the Receiver is authorized to retain the books and records of the Receivership necessary to support the tax returns filed by the Receiver for a period of four years and thereafter destroy the books and records of the Receivership.

IT IS FURTHER ORDERED that the Receiver is authorized to destroy all books and records of the Receivership, not necessary to support the tax returns filed by the Receiver, after ~~120 days~~ one year from the date of this Order.

IT IS FURTHER ORDERED that all persons are hereby enjoined from commencing or prosecuting, without leave of this Court, any action against the Receiver or his agents in connection with or arising out of the Receiver's service to this Court in this Receivership.

IT IS FURTHER ORDERED that the Receiver's bond is hereby released, and the Receiver, his employees, agents, attorneys and assistants are hereby released from any and all further liability to the receivership estate, or its creditors, including the Texas Railroad Commission, claimants, beneficiaries, or owners of the receivership estate.

IT IS FURTHER ORDERED that the Court hereby retains jurisdiction over the receivership for all purposes.

Signed this 21st day of MARCH, 2012.

_____
UNITED STATES DISTRICT JUDGE