IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,  §<br>§<br>§<br>Plaintiff,  §<br>§<br>vs.  §<br>§<br>JON C. GINDER,  §<br>NORTHAMERICAN ENERGY GROUP, INC.,  §<br>AND NORTHAMERICAN ENERGY  §<br>GROUP, CORP.,  §<br>§<br>Defendants.  §<br>§ | Civil Action No.<br>4:10-cv-02867 |

## ORDER

Plaintiff Securities and Exchange Commission has moved to dismiss the remaining claims against Defendants Northamerican Energy Group, Inc., and Northamerican Energy Group, Corp., and Plaintiff's motion is hereby GRANTED.

Plaintiff's claims for disgorgement, prejudgment interest and civil penalties against Defendants Northamerican Energy Group, Inc., and Northamerican Energy Group, Corp. are hereby dismissed with prejudice.

Signed this 9th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE